## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 217 EAL 2016

                     Respondent   :

                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court
             v.                     :

                                    :

ALVAREZ DEMPSIS,            :

                     Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.